USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DANIEL GOMEZ,

        Plaintiff,

    -against-

HENRY STREET SETTLEMENT, et al.,

        Defendants.

20-CV-5585 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 14, 2020, defendants filed a motion (Dkt. No. 15) to dismiss plaintiff's employment discrimination claims, filed *pro se*. Although plaintiff's response was due on December 28, 2020, *see* S.D.N.Y. Local Rule 6.1(b), plaintiff failed to respond or seek an extension of his deadline to do so.

In light of plaintiff's *pro se* status, and because this case has been referred to the Court's Mediation Program (Dkt. No. 6), the Court *sua sponte* (1) extends the deadline for plaintiff to respond to the pending motion to dismiss until after the Court-annexed mediation occurs, and (2) adjourns the initial case management conference, currently scheduled for February 1, 2021, at 10:00 a.m., *sine die*.

Defendants are directed to submit a status update letter no later than one week after the mediation occurs.

Dated: New York, New York
      January 11, 2021

                **SO ORDERED**.

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**