UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DANIEL GOMEZ,

    Plaintiff,

-against-

HENTRY STREET SETTLEMENT, et. al.,

    Defendants.

20-CV-5585 (AT) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/21
```

**BARBARA MOSES, United States Magistrate Judge.**

On December 14, 2020, defendants filed a motion (Dkt. No. 15) to dismiss plaintiff's employment discrimination claims. On January 11, 2021, the Court extended the deadline for plaintiff to respond to the pending motion until after the Court-annexed mediation and directed defendants to submit a status update letter no later than one week after the mediation occurred. (Dkt. No. 21.) Defendants failed to submit any status update. However, on June 7, 2021, the mediator reported that the mediation took place but was unsuccessful in resolving any issue in the case. (Dkt. No. 23.)

Plaintiff shall file his papers in opposition to defendants' motion to dismiss no later than **July 8, 2021**. Defendants shall file their reply papers, if any, no later than **July 15, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff.

Dated: New York, New York
      June 24, 2021

                **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**