**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Jorge Gomez,

                Plaintiff,

-against-                        20 **CIVIL** 5585 (AT)

                                        **JUDGMENT**

Henry Street Settlement, Renee Best, Priscilla
DelSol-Hill,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 17, 2021, the Court ADOPTS the R&R in its entirety, and Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 17, 2021

                                              **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                **BY:**
                                                   **Deputy Clerk**